PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** WRIGHT, Dennis    **Docket Number:** 01-00538-007
**PACTS Number:** 30387

**Name of Sentencing Judicial Officer:** Honorable Alfred M. Wolin, Sr. U.S.D.J.

**Date of Original Sentence:** 11/04/2002

**Original Offense:** Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Cocaine, and Cocaine Base (count 1); Distribution and Possession With Intent to Distribute Heroin (counts 5, 6, 7, 8, 10, 11, and 12)

**Original Sentence:** 108 months imprisonment followed by five (5) years supervised release - to be served concurrently; $800 special assessment; $2,000 fine. Special conditions: 1) drug testing/treatment; and 2) financial disclosure.

**Type of Supervision:** Supervised release    **Date Supervision Commenced:** 09/17/2010

**Assistant U.S. Attorney:** Bruce Repetto, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The Probation fficer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On July 2, 2011, Wright was arrested by Newark, New Jersey Police Department and charged with aggravated assault and multiple gun-related offenses. Specifically, according to the investigation report, on June 26, 2011, at approximately 3:10a.m., the offender was involved in a domestic violence incident with his girlfriend, S.P., the victim. During an argument, he punched the victim and placed a handgun to her head while threatening to kill her. He fled prior to the arrival of police, but later self-surrendered for questioning and to be processed and charged accordingly. |

On July 22, 2011, the offender posted bail and was released. The case (indictment #: 11-09-01685-I) is pending disposition within New Jersey Superior Court, Essex County. The pending charges are count one, aggravated assault with a deadly weapon; count two, aggravated assault with a firearm; count three, unlawful possession of a weapon; and count four, possession of a weapon for unlawful purpose.

2  The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.**'

An internal investigation uncovered that Wright associated with the following convicted felons: Jamal Brown (63386-053), Omar Benthal (28122-050), Michael Jones (28666-050), Tony Polite (28455-050), Ronny Polanco (23739-050), Estac Love (08394-062), Tran Monroe (09436-112), Rashawn Harris (27026-050), and Wayne Finney (06601-068). Each individual is a convicted felon who contacted Wright on a cellular telephone while housed inside a Bureau of Prisons (BOP) facility. In total, Wright received 51 incoming calls from the above-referenced federal inmates. In addition, on October 8, 2010, he sent Harris $30 via Western Union, and on October 20, 2010, he sent Love $20 via Western Union. Such association was never permitted by the Probation Office.

3  The offender has violated the standard supervision condition which states '**You shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On October 10, 2011, at 11:20p.m., Wright was issued a motor vehicle summons for speeding by the East Hanover, New Jersey Police Department. Such contact and questioning by law enforcement was never reported to the Probation Office.

4  The offender has violated the standard supervision condition which states '**You shall report to the Probation Officer as directed by the Court or Probation Officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit a monthly written report within the allotted time period for the following months: May 2011 and June 2011.

PROB 12C - Page 3
Dennis Wright

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, USPO

*[signature: Joseph Empirio]*

Date: 10/26/2011

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

*[signature]*

Signature of Judicial Officer

11/1/11

Date